IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 4:15-cr-00189-1
)
Constance Riley, )
    Defendant. )
)
)

## O R D E R

Defendant Riley has filed a Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c). Defendant's Motion cites no specific basis for the sentence reduction she seeks.

Defendant is serving a 37-month custodial sentence imposed by the Court following Defendant's plea of guilty to conspiracy to commit health care fraud. Pursuant to 18 U.S.C. § 3582(c), the Court may modify an imposed term of imprisonment in only a few, limited circumstances: 1) Upon motion of the Director of the Bureau of Prisons if extraordinary and compelling reasons warrant such a reduction, or if the defendant is at least 70 years old, has served at least 30 years in prison for a violent offense, and is no longer considered a danger to others; 2) upon the Government's filing of a Rule 35 motion; or 3) if the defendant has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission.

None of the narrow circumstances set forth above are present in Defendant's case. As such, there is no legal basis for the sentence reduction Defendant seeks.

Constance Riley
Order on Motion
Page 2

Defendant does not qualify for a sentence reduction pursuant to 18 U.S.C. § 3582(c), and her Motion is **DENIED**.

SO ORDERED this *13th* day of *APRIL* 2017.

_____
WILLIAM T. MOORE, JR
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA