### IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA  )
          )
v.            )  CASE NO. CR415-189
          )
CONSTANCE RILEY,    )
          )
  Defendant.    )
          )

## O R D E R

Before the Court is Defendant Constance Riley's Motion for Early Termination of Supervised Release (Doc. 37.), which the Government has opposed (Doc. 39). The United States Probation Office has also opposed Defendant's motion. (Doc. 39 at 1.) In her motion, Defendant requests the termination of her three-year term of supervised release based on her exemplary conduct since her release. (Id. at 3.) Pursuant to 18 U.S.C. § 3583(e)(1), this Court may terminate a sentence and discharge a defendant from supervised release at any point after the defendant has completed one year of supervised release. While the Court recognizes that Defendant has generally complied with the conditions of her supervised release, the Court concludes that terminating Defendant's supervision would be inappropriate considering the amount of restitution Defendant owes and the fact that Defendant has not made payments toward her restitution

debt since February 3, 2020.[1] Accordingly, Defendant's motion (Doc. 37) is **DENIED**.

SO ORDERED this _15th_ day of December 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] On January 27, 2016, the Court sentenced Defendant to 37 month's imprisonment, to be followed by supervised release for a term of 3 years. (Doc. 28 at 2.) As part of her sentence, Defendant was ordered to pay restitution in the amount of $723,714.04. (Id. at 5.) At this time, Defendant has a restitution balance of $723,039.04. (Doc. 39 at 1.)